1:22-CV-23

AO 120 (Rev. 08/10)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the Northern District of West Virginia___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. | DATE FILED<br>3/18/2022 | U.S. DISTRICT COURT<br>for the Northern District of West Virginia | |
|---|---|---|---|
| PLAINTIFF<br><br>NOVO NORDISK INC. and NOVO NORDISK A/S | | DEFENDANT<br><br>MYLAN PHARMACEUTICALS INC. | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,114,833 | 2/14/2012 | Novo Nordisk A/S |
| 2 | 8,129,343 | 3/6/2012 | Novo Nordisk A/S |
| 3 | 8,536,122 | 9/17/2013 | Novo Nordisk A/S |
| 4 | 8,684,969 | 4/1/2014 | Novo Nordisk A/S |
| 5 | 8,920,383 | 12/30/2014 | Novo Nordisk A/S |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy

## ADDENDUM TO AO 120 (ADDITIONAL PATENTS)

| DOCKET NO. | DATE FILED 3/18/2022 | U.S. DISTRICT COURT for the Northern District of West Virginia |
|---|---|---|
| PLAINTIFF NOVO NORDISK INC. and NOVO NORDISK A/S | | DEFENDANT MYLAN PHARMACEUTICALS INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 6 | 9,108,002 | 8/18/2015 | Novo Nordisk A/S |
| 7 | 9,132,239 | 9/15/2015 | Novo Nordisk A/S |
| 8 | 9,457,154 | 10/04/2016 | Novo Nordisk A/S |
| 9 | 9,616,180 | 4/11/2017 | Novo Nordisk A/S |
| 10 | 9,687,611 | 6/27/2017 | Novo Nordisk A/S |
| 11 | 9,775,953 | 10/03/2017 | Novo Nordisk A/S |
| 12 | 9,861,757 | 1/09/2018 | Novo Nordisk A/S |
| 13 | 10,220,155 | 3/05/2019 | Novo Nordisk A/S |
| 14 | 10,335,462 | 7/02/2019 | Novo Nordisk A/S |
| 15 | 10,357,616 | 7/23/2019 | Novo Nordisk A/S |
| 16 | 10,376,652 | 8/13/2019 | Novo Nordisk A/S |
| 17 | 11,097,063 | 8/24/2021 | Novo Nordisk A/S |
| 18 | RE46,363 | 4/11/2017 | Novo Nordisk A/S |
| 19 | | | |
| 20 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |
|---|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |